BRYAN SCHRODER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF CHASTITY SMITH, by and through Personal Representative Paul Frost; L.L., a Minor, by and through Paul Frost, PR of the Estate of Chastity Smith; D.E., a Minor, by and through Paul Frost, PR of the Estate of Chastity Smith,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 3:15-cv-00042-JWS<br><br>**STIPULATION OF DISMISSAL** |

The parties stipulate to dismiss this case with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED January 8, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Susan J. Lindquist
Assistant U.S. Attorney
Attorney for Defendant

WEIDNER & ASSOCIATES, APC

s/Michael Cohn, Esq. (w/consent)
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2018,
a copy of the foregoing was served
electronically on:

Phillip Paul Weidner, Esq.
Michael Cohn, Esq.

s/Susan J. Lindquist
Assistant U.S. Attorney